IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DEAN KLETO, et al., ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:04-CV-243 |
| ) | (Phillips) |
| AMSOUTH BANK, ) | |
|     Defendant. ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed this day with the clerk, the motion for summary judgment filed by defendant [Doc. 18] is **GRANTED,** and this action is **DISMISSED.** The final pretrial conference scheduled for November 21, 2005 and the trial on November 29, 2005, are hereby **CANCELLED.**

**IT IS SO ORDERED.**

ENTER:

        s/ Thomas W. Phillips
    United States District Judge